UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WPP LUXEMBOURG GAMMA THREE SARL, on its own behalf and derivatively on behalf of SPOT RUNNER, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SPOT RUNNER, INC., NICK GROUF, DAVID WAXMAN, DANNY RIMER, ROGER LEE, ROBERT PITTMAN, PETER HUIE, BATTERY VENTURES VI, L.P., BATTERY INVESTMENT PARTNERS VI, LLC, BATTERY VENTURES VII, LP, BATTERY INVESTMENT PARTNERS VII, LLC, INDEX VENTURES III (JERSEY) L.P., INDEX VENTURES III (DELAWARE) L.P., INDEX VENTURES III, PARALLEL ENTREPRENEUR FUND (JERSEY) L.P.,<br><br>Defendants. | Case No. CV 09-02487-DMG (PLAx)<br><br>JUDGMENT OF DISMISSAL WITHOUT PREJUDICE |

This court having issued its order for dismissal without prejudice,

IT IS ORDERED. ADJUDGED AND DECREED that this action be, and hereby is, dismissed without prejudice.

Dated:  February 25, 2010

*Dolly M. Gee*
DOLLY M. GEE
United States District Judge

1