| | |
|---|---|
| 1 | JOHN W. SPIEGEL (State Bar No. 078935) |
| | John.Spiegel@mto.com |
| 2 | ROBERT L. DELL ANGELO (State Bar No. 160409) |
| | Robert.DellAngelo@mto.com |
| 3 | ALISSA BRANHAM (State Bar No. 253307) |
| | Alissa.Branham@mto.com |
| 4 | JEREMY A. LAWRENCE (State Bar No. 270866) |
| | Jeremy.Lawrence@mto.com |
| 5 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue |
| 6 | Thirty-Fifth Floor |
| | Los Angeles, CA  90071-1560 |
| 7 | Telephone:  (213) 683-9100 |
| | Facsimile:   (213) 687-3702 |
| 8 | |
| 9 | Attorneys for Defendants |
| | Nick Grouf and David Waxman |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| WPP LUXEMBOURG GAMMA THREE SARL, | CASE NO.  CV 09-02487 DMG (PLAx) |
| Plaintiff, | NOTICE OF SETTLEMENT AND REQUEST TO VACATE THE SCHEDULING CONFERENCE SCHEDULED FOR JUNE 14, 2013 |
| v. | |
| NICK GROUF, DAVID WAXMAN, DANNY RIMER, ROGER LEE, ROBERT PITTMAN, BATTERY VENTURES VI, L.P., BATTERY INVESTMENT PARTNERS VI, LLC, BATTERY VENTURES VII, L.P., BATTERY INVESTMENT PARTNERS VII, LLC, INDEX VENTURES III (JERSEY) L.P., INDEX VENTURES III (DELAWARE) L.P., INDEX VENTURES III PARALLEL ENTREPRENEUR FUND (JERSEY) L.P., | Judge:     Hon. Dolly M. Gee |
| | Date of Filing:   April 9, 2009 |
| | Trial Date:       None Set |
| Defendants. | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  Pursuant to Local Rule 16-15.7, PLEASE TAKE NOTICE that the parties to this action, Plaintiff WPP Luxembourg Gamma Three Sarl and Defendants Nick Grouf and David Waxman (collectively the "Parties"), have reached an agreement in principle (the "Settlement") to settle the claims pending in this action. The Parties expect to document the Settlement and submit to the Court a request for dismissal to effectuate the Settlement within 30 days.

In light of the Settlement, the Court is respectfully requested to vacate the Scheduling Conference currently set for June 14, 2013.

Dated: June 11, 2013

DAVIS & GILBERT LLP
By: /s/ *Paul F. Corcoran*
PAUL F. CORCORAN (admitted *pro hac vice*)
(pcorcoran@dglaw.com)

*Attorneys for Plaintiff WPP Luxembourg Gamma Three Sarl*

VENABLE LLP
By: /s/ *Ben D. Whitwell*
BEN D. WHITWELL
(bwhitwell@venable.com)

*Attorneys for Plaintiff WPP Luxembourg Gamma Three Sarl*

MUNGER TOLLES & OLSON LLP
By: /s/ *John W. Spiegel*
JOHN W. SPIEGEL
(john.spiegel@mto.com)

*Attorneys for Defendants Nick Grouf and David Waxman*