VENABLE LLP
2049 CENTURY PARK EAST, #2100
LOS ANGELES, CALIFORNIA 90067
(310) 229-9900

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| WPP LUXEMBOURG GAMMA THREE SARL,<br><br>                Plaintiff,<br><br>   v.<br><br>NICK GROUF, DAVID WAXMAN, DANNY RIMER, ROGER LEE, ROBERT PITTMAN, BATTERY VENTURES VI, L.P., BATTERY INVESTMENT PARTNERS VI, LLC, BATTERY VENTURES VII, L.P., BATTERY INVESTMENT PARTNERS VII, LLC, INDEX VENTURES III (JERSEY) L.P., INDEX VENTURES III (DELAWARE) L.P., INDEX VENTURES III PARALLEL ENTREPRENEUR FUND (JERSEY) L.P.,<br><br>                Defendants. | Case No. CV 09-2487 DMG (PLAx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [174]** |

Having reviewed the Parties' Stipulation for Dismissal of Entire Action with Prejudice:

IT IS HEREBY ORDERED THAT the above-entitled action, Case No. CV09-02487 DMG (PLAx), is dismissed in its entirety with prejudice. Each party shall bear its/his own attorneys' fees and costs.

IT IS FURTHER ORDERED THAT this Court shall retain jurisdiction to enforce the terms of the settlement agreement between the Parties.

IT IS SO ORDERED.

Dated: August 2, 2013

DOLLY M. GEE
UNITES STATES DISTRICT JUDGE

VENABLE LLP
2049 CENTURY PARK EAST, #2100
LOS ANGELES, CALIFORNIA 90067
(310) 229-9900

Page 1
[Proposed] Order Dismissing Entire Action with Prejudice